UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-01523-AWI<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING APPLICATION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. No. 1)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

On October 28, 2019, Petitioner Jorge Contreras, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing a request for appointment of counsel to represent him. (Doc. No. 1.) Therein, Petitioner supports both the request for appointment of counsel and his separate motion to proceed *in forma pauperis* filed on his behalf by Kelly Culshaw, Assistant Federal Defender, (Doc. No. 2), by attesting to his capital conviction and sentence following direct review and state collateral proceedings, his belief in entitlement to redress, his need for appointed counsel, and his indigence.

## I. REQUEST FOR APPOINTMENT OF COUNSEL

Section 3599(a)(2) of Title 18 of the United States Code provides for the appointment of one or more attorneys to represent an indigent person proceeding under 28 U.S.C. § 2254 to vacate

a death sentence. Rule 191(c) of the Local Rules of the United States District Court for the Eastern District of California also provides for the appointment of counsel for indigent capital habeas petitioners. Under this rule, selection of counsel is made from a panel of attorneys qualified for appointment in death penalty cases and certified by a selection board appointed by the Chief Judge. Based on Petitioner's submissions, he is entitled to appointment of counsel under 18 U.S.C. § 3599(a)(2).

## II. APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Rule 3(a) of the Rules Governing § 2254 Cases in the United States District Courts provides that a petitioner seeking *in forma pauperis* status shall file an affidavit of assets as required by 28 U.S.C. § 1915. Rule 3(a) also requires a certificate from the prison stating the amount on deposit in the petitioner's accounts. (*See* Doc. No. 7.) Based on Petitioner's submissions, he has complied with the requirements of 28 U.S.C. § 1915 and Rule 3(a) of the Rules Governing § 2254 Cases in the United States District Courts. He is entitled to proceed *in forma pauperis*.

## III. ORDER

The Court finds good cause to grant Petitioner's application for appointment of counsel and to proceed *in forma pauperis*.

Accordingly,

1. Petitioner's application for appointment of counsel is granted. The matter is referred to the Selection Board for the Eastern District of California for recommendation of suitable counsel.

2. Petitioner's application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated:  November 5, 2019

SENIOR DISTRICT JUDGE