# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | DEATH PENALTY CASE<br><br>Old Case No. 1:19-cv-01523-AWI<br>New Case No. 1:19-cv-01523-AWI-SAB<br><br>ORDER ASSIGNING MAGISTRATE JUDGE STANLEY A. BOONE TO THIS ACTION |

IT IS HEREBY ORDERED that the Clerk's office shall assign Magistrate Judge Stanley A. Boone to this action. The new case number shall be:

1:19-cv-01523-AWI-SAB

All future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:　November 5, 2019　　　　　　　　　　　／s／　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1