# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>    Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br><u>Continued Hearing Date:</u><br><br>Date: February 24, 2020<br>Time: 11:15 a.m.<br>Courtroom: 9<br><br>Judge: Hon. Stanley A. Boone |

The case management conference currently set for January 23, 2020 at 10:00 a.m. shall be continued to February 24, 2020 at 11:15 a.m. before the undersigned. The continuance is necessitated by counsel's failure to comply with the Court's previous case management order and the pending return on the related January 21, 2020 order to show cause. (ECF Nos. 14 & 15.)

The parties may appear by teleconference. Counsel are directed to contact the Court's Courtroom Deputy Clerk, Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

The order to show cause remains in full force and effect. Therefore, any party not yet having responded to the order must still do so.

The Clerk of the Court is directed to serve this order upon counsel for Petitioner, Brian

1

Pomerantz (habeas@protonmail.com) and Ken Murray (kenmurraylaw@gmail.com), and counsel for Respondent, Kenneth Sokoler (kenneth.sokoler@doj.ca.gov) and Christina Hitomi Simpson (christina.simpson@doj.ca.gov).

IT IS SO ORDERED.

Dated: **January 22, 2020**

UNITED STATES MAGISTRATE JUDGE