UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS, | Case No. 1:19-cv-01523-AWI-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |
| RONALD DAVIS, Warden of San Quentin State Prison, | |
| Respondent. | |

The undersigned held an initial case management conference on February 24, 2020 at 11:15 a.m. in Department 9. Brian Pomerantz and Ken Murray appeared for Petitioner, Jorge Contreras. Deputy Attorney General Christina Simpson appeared for Respondent, Ronald Davis. All counsel appeared telephonically.

The Court will address separately the matters discussed with counsel for Petitioner during the ex parte portion of the conference except as provided below.

Accordingly, for the reasons stated on the record and for good cause shown:

1. Counsel for the parties shall meet and confer regarding the state court record lodged by Respondent and counsel for Petitioner shall file any notice of insufficiency required by Rule 191(h)(2) of the Local Rules of the United States

1

District Court for the Eastern District of California (hereinafter "Local Rules") by **March 24, 2020**.

2. Petitioner shall file his petition pursuant to 28 U.S.C. § 2254, including argument and points and authorities by **December 9, 2020**. References to the state court record in the petition shall include the docket number for the Notice of Lodging, the attachment number, and the Bate-stamp numbers followed, in parentheses, by the abbreviated name of the volume of the record and any internal pagination. For example, if the Notice of Lodging appears as electronic court filing number 40 and the first attachment is the first 300 pages of the Clerk's Transcript on Appeal, the citation form would be "DOC. No. 40-1, AG00001-AG00300 (CT 1-300)."

3. Respondent shall file either a responsive pleading to the federal petition other than an answer, or an answer to the federal petition including all substantive and procedural defenses, argument and points and authorities by **June 9, 2021**. If Respondent files any responsive pleading, other than an answer, then Petitioner shall file their opposition by **September 9, 2021**, with Respondent filing their reply by **October 12, 2021**. Otherwise, Petitioner shall file any reply to the answer by **December 9, 2021**.

4. Counsel for both parties are directed to familiarize themselves with the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California Fresno Division (hereinafter the "Guide").[1]

5. Counsel for Petitioner is directed to comply with the sealing requirements of Local Rule 141 regarding their request at the ex parte conference to file under seal documentation regarding application of the Guide to the facts and circumstances of this case. Counsel may lodge with the Court documentation proposed for sealing in the manner provided by Rule 141.

---

[1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/forms/cja-capital-habeas-forms/

6. The parties are advised that the Court will view any request to extend the above timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: **February 25, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

3