UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF RECORD INSUFFICIENCY<br>(ECF No. 38)<br><br>ORDER MODIFYING CASE MANAGEMENT ORDER<br>(ECF No. 31) |

　　　　Before the Court is a motion by Petitioner, Jorge Contreras, through counsel, to extend the deadline for filing a Local Rule 191(h)(2) notice of insufficiency of the lodged record from March 24, 2020 to April 24, 2020. This extension of time, Petitioner's first, is necessary due to the scope of ongoing record review, the press of other matters, lack of service provider and resource counsel assistance, and impediments posed by the COVID-19 pandemic.

　　　　Moving counsel state that counsel for Respondent, Deputy Attorney General Christina Simpson, does not object and stipulates to the requested extension.

　　　　The Court finds good cause to grant the instant motion and thereupon modify its schedule in this case.

Accordingly, Petitioner's unopposed motion for extension of time to file a Local Rule 191(h)(2) notice of insufficiency of the lodged record (ECF No. 38) is **GRANTED** to and including **April 24, 2020**. The Court's February 26, 2020 case management order (ECF No. 31) is modified in this respect alone and otherwise continues in full force and effect.

IT IS SO ORDERED.

Dated: **March 26, 2020**

UNITED STATES MAGISTRATE JUDGE