UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No.  1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER PROVIDING FURTHER SCHEDULING |

　　　　The record reflects that on July 23, 2020, Petitioner, through counsel, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus.  (Doc. No. 49.)  The motion has not been set for hearing.

　　　　Accordingly, Respondent shall file his response to the instant motion by not later than August 24, 2020.  Petitioner's reply shall be filed not later than fourteen (14) days from the filed date of the response.  Thereupon, the matter shall be deemed submitted.[1]

IT IS SO ORDERED.

Dated:　__**July 24, 2020**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/

1