UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION GRANTING EQUITABLE TOLLING TO AND INCLUDING JUNE 9, 2021 |

    Petitioner, Jorge Contreras, a state prisoner convicted and sentenced to death in Tulare County Superior Court on December 11, 1996, proceeds through appointed counsel, Brian M. Pomerantz, Esq. and Ken Murray, Esq., in this proceeding commenced on October 28, 2019 pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Before the Court is the motion filed July 23, 2020 by Petitioner's counsel to equitably toll the limitations deadline under 28 U.S.C. § 2244 for the filing of his federal habeas petition in this action. The motion requests that the current as tolled petition filing deadline of December 9, 2020 be further equitably tolled to June 9, 2021 on grounds of impediments arising from the COVID-19 pandemic.

    On September 18, 2020, the magistrate judge issued his findings and recommendation that Petitioner's motion be granted. (ECF No. 55.) The findings and recommendation were served on the parties on September 18, 2020, and contained notice that any objections thereto were to be

filed not later than thirty (30) days thereafter. (Id. at 12.) Neither party has objected or otherwise responded to the findings and recommendation, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b) and Local Rule 304, this Court has conducted a review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation issued on September 18, 2020 (ECF No. 55) are adopted-in-full;
2. The motion for equitable tolling (ECF No. 49) is GRANTED:
3. Petitioner shall file his federal habeas petition on or before June 9, 2021.

IT IS SO ORDERED.

Dated:  October 23, 2020

_____
SENIOR DISTRICT JUDGE