UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S MOTION FOR JUDICIAL NOTICE, INCORPORATION, AND RECOGNITION OF REVISED REPORTER'S TRANSCRIPT |

The record reflects that on March 29, 2021, Petitioner, through counsel, filed a motion for: (i) judicial notice and incorporation of a portion of the lodged amended state record as exhibits to his forthcoming federal habeas petition due June 9, 2021, and (ii) recognition of his proffered revised portion of the previously lodged Reporter's Transcript as the operative transcript. (ECF No. 62.)

The motion has not been set for hearing.

Accordingly, Respondent shall file his response to the instant motion by not later than April 30, 2021. Petitioner's reply, if any there be, shall be filed not later than seven (7) days

1

from the filed date of the response. Thereupon, the matter shall be deemed submitted.[1]

IT IS SO ORDERED.

Dated:   **April 16, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/