# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>  Petitioner,<br><br>  v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>  Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER SCHEDULING PETITIONER'S SECOND MOTION FOR EQUITABLE TOLLING<br><br>(ECF No. 65) |

The record reflects that on April 20, 2021, Petitioner, through counsel, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus in this proceeding. The motion has not been set for hearing.

Accordingly, Respondent shall file his response to the instant motion by not later than May 11, 2021. Petitioner's reply shall be filed by not later than ten (10) days from the filed date of the response. Thereupon, the matter shall be deemed submitted.[1]

IT IS SO ORDERED.

Dated:  **April 21, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/

1