# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION GRANTING FURTHER EQUITABLE TOLLING TO AND INCLUDING DECEMBER 9, 2021 |

Petitioner, Jorge Contreras, a state prisoner convicted and sentenced to death in Tulare County Superior Court on December 11, 1996, proceeds through appointed counsel, Brian M. Pomerantz, Esq. and Ken Murray, Esq., in this proceeding commenced on October 28, 2019 pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before the Court is the motion filed April 20, 2021 by Petitioner's counsel to equitably toll the limitations deadline under 28 U.S.C. § 2244 for the filing of his federal habeas petition in this action. The motion requests that the current as tolled petition filing deadline of June 9, 2021 be further equitably tolled to and including December 9, 2021 on grounds of continuing impediments arising from the COVID-19 pandemic.

On May 21, 2021, the magistrate judge issued his findings and recommendation that Petitioner's motion be granted. (ECF No. 71.) The findings and recommendation were served on the parties on May 21, 2021, and contained notice that any objections thereto were to be filed not

1

later than fourteen (14) days thereafter. (Id. at 8.) Neither party has objected or otherwise responded to the findings and recommendation and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendation issued on May 21, 2021 (ECF No. 71) are adopted-in-full.
2. The motion for equitable tolling (ECF No. 65) is granted. Petitioner shall file his federal habeas petition on or before December 9, 2021.

IT IS SO ORDERED.

Dated: June 7, 2021

SENIOR DISTRICT JUDGE