UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.  1:19-cv-01523-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER THAT RESPONDENT'S COUNSEL LODGE AMENDED STATE RECORD OR SHOW CAUSE FOR FAILURE TO COMPLY<br><br>Fourteen (14) Day Deadline |

　　　A review of the record in this action reveals that Respondent Warden Ron Davis, through counsel Deputy Attorneys General Kenneth Sokoler and Christina Hitomi Simpson, has not complied with the Court's May 26, 2021 order denying Petitioner's motion for miscellaneous relief and directing that Respondent file an amended Notice of Lodging and lodge Petitioner's Revised Reporter's Transcript on the Court's electronic filing system by not later than July 12, 2021.  (ECF No. 72.)

　　　The Court observes that Petitioner's June 9, 2021 motion for District Judge reconsideration of the May 26th order (ECF No. 75) was denied on July 29, 2021 (ECF No. 78).

　　　Accordingly, Respondent is directed to amend the state record and state record index by filing a Notice of Lodging and lodging the Revised Reporter's Transcript in electronic format on the Court's electronic filing system, in the manner previously directed by the Court, by not

later than fourteen (14) days following the filed date of this order, or show cause by written response why sanctions should not be imposed for his failure to do so.  Chambers v. Nasco, Inc., 501 U.S. 32, 43-46 (1991);  Roadway Express, Inc. v. Piper, 447 U.S. 752, 766 (1980); Fink v. Gomez, 239 F.3d 989, 991 (9th Cir. 2001); Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986); Local Rules for the Eastern District of California, Rule 110.

IT IS SO ORDERED.

Dated:   **August 9, 2021**

UNITED STATES MAGISTRATE JUDGE