# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S THIRD MOTION FOR EQUITABLE TOLLING |

　　The record reflects that on October 6, 2021, Petitioner, through counsel, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus in this proceeding. (ECF No. 81.) The motion has not been set for hearing.

　　Accordingly, Respondent shall file his response to the instant motion by not later than October 28, 2021. Petitioner's reply shall be filed by not later than ten (10) days from the filed date of the response. Thereupon, the matter shall be deemed submitted, and the parties will be notified by minute order if a hearing is necessary.[1]

IT IS SO ORDERED.

Dated: __October 7, 2021__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, and General Orders in the Eastern District of California regarding COVID-19 Emergency, available at: http://www.caed.circ9.dcn/index.cfm/iCAED/