# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>   Petitioner,<br><br>   v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>   Respondent.[1] | Case No.  1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S FOURTH MOTION FOR EQUITABLE TOLLING |

The record reflects that on March 8, 2022, Petitioner, through counsel, filed a motion for further equitable tolling of the deadline for filing his petition for writ of habeas corpus in this proceeding.  (ECF No. 94.)  The motion has not been set for hearing.

Accordingly, Respondent shall file his response to the instant motion by not later than fourteen (14) days from the filed date of this order.  Petitioner's reply shall be filed by not later than ten (10) days from the filed date of the response.  Thereupon, the matter shall be deemed submitted, and the parties will be notified by minute order if a hearing is necessary.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield, Warden of San Quentin State Prison, shall be substituted as respondent in place of his predecessor wardens.

1