# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent.[1] | Case No. 1:19-cv-01523-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING REPLACEMENT CO-COUNSEL |

On October 28, 2019, Petitioner, a state prisoner convicted of first degree felony murder and robbery and sentenced to death (Tulare County Superior Court Case No. 37619), commenced this federal habeas corpus proceeding pursuant to 28 U.S.C. § 2254.

On December 6, 2019, the Court appointed Brian Pomerantz, Esq., and Ken Murray, Esq., to represent Petitioner as co-counsel in this proceeding, pursuant to 18 U.S.C. § 3599.

On April 22, 2022, Ken Murray filed notice of withdrawal as co-counsel.

On May 2, 2022, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of suitable replacement co-counsel.

On June 24, 2022, the Selection Board recommended that attorney Craig M. Cooley be appointed to represent Petitioner as co-counsel in this proceeding, with the proviso that Mr.

---

[1] Pursuant to Federal Rules of Civil Procedure, Rule 25(d), Ron Broomfield, Warden of San Quentin State Prison, shall be substituted as Respondent in place of his predecessor wardens.

1

Cooley has requested sufficient time to learn the case and participate in the remaining investigation.

The Court will adopt the recommendation of the Selection Board.  Relatedly, the Court will consider a request, sufficient under Holland v. Florida, 560 U.S. 631 (2010), for further equitable tolling of the current August 1, 2022, petition filing deadline under 28 U.S.C. 2244(d)(1).  (See ECF No. 103.)

Accordingly,

1. Craig M. Cooley is appointed as co-counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599.  See Local Rule 191(c).  Mr. Cooley is directed to comply with the e-filing registration requirements of Local Rule 135.

2. The Clerk of the Court is directed to file under seal the Selection Board's June 24, 2022, letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on Craig M. Cooley, 1308 Plumdale Court, Pittsburgh, PA, 15239, (Ph) 412-607-9346, (Email) craig.m.cooley@gmal.com; Ken Murray, Esq.; Brian Pomerantz, Esq.; Ron Broomfield, Warden of San Quentin State Prison, San Quentin, CA 94964; Christina Simpson, Deputy Attorney General; and Connie Garcia, CJA Administrator.

IT IS SO ORDERED.

Dated:   June 28, 2022                               _____
                                                                  SENIOR  DISTRICT  JUDGE

2