# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS, | Case No. 1:19-cv-01523-JLT |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CASE SCHEDULE |
| RON BROOMFIELD, Warden of California State Prison at San Quentin, | |
| Respondent.[1] | |

Petitioner Jorge Contreras, through counsel Brian Pomerantz and Craig Cooley, moves to extend the deadline for filing any motion to stay this federal proceeding pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), from August 31, 2023 to and including September 7, 2023. This is Petitioner's first such request.

Counsel for Petitioner represent that counsel for Respondent, Deputy Attorney General Christina Hitomi Simpson, does not oppose the requested extension of time. (*See* Doc. 127 at 3.)

The Court finds good cause to modify the case schedule, as requested.

ACCORDINGLY, Petitioner's motion (Doc. 127) is GRANTED. Petitioner shall file any motion to stay this federal proceeding pursuant to *Rhines*, not later than SEPTEMBER 7,

---

[1] Pursuant to the Federal Rules of Civil Procedure, Rule 25(d), Ron Broomfield, Warden of California State Prison at San Quentin, shall be substituted as Respondent in place of his predecessor wardens.

1

2023.  The current case schedule (*see* Doc. 125 at 7) OTHERWISE SHALL REMAIN in full force and effect.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE