UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>          Petitioner,<br><br>     v.<br><br>RAUL MORALES, Acting Warden of the California Substance Abuse Treatment Facility,<br><br>          Respondent. | Case No.  1:19-cv-01523-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING REPLACEMENT COUNSEL |

On October 28, 2019, Petitioner, a condemned state prisoner convicted of first-degree murder and robbery with the special circumstance of murder in the commission of robbery found true (Tulare County Superior Court Case No. 37619), began this federal habeas proceeding pursuant to 28 U.S.C. § 2254. In late 2019, the Court appointed as co-counsel Brian Pomerantz and Ken Murray to represent Petitioner in the case for all purposes, pursuant to 18 U.S.C. § 3599.  Following Mr. Murray's withdrawal, in mid-2022, the Court appointed Craig Cooley and who, in early April 2025, withdrew. Now, the District's Selection Board recommended that the Court appoint Ann-Kathryn R. Tria to represent Petitioner with Mr. Pomerantz. Thus, the Court **ORDERS**:

     1.     Ann-Kathryn R. Tria is APPOINTED as co-counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).  Ms. Tria

1

is DIRECTED to comply with the e-filing registration requirements of Local Rule 135, and to pursue rate setting through eVoucher.

    2.    The Clerk of the Court shall file under seal the Selection Board's April 4, 2025 letter to the Court.

    3.    Copies of this order shall be served on Ann-Kathryn R. Tria, McBreen & Senior, 1801 Century Park East, 24th Floor, Los Angeles, California 90067, (ph.) 310-552-5300, (Email) atria@mcbreensenior.com; counsel for the parties; and Connie Garcia, CJA Panel Administrator, Federal Defender's Office, 2300 Tulare Street, Suite 330, Fresno, CA 93721, (Email) Connie_Garcia@fd.org.

    4.    Counsel for Petitioner shall provide him with a copy of this order.

IT IS SO ORDERED.

Dated: **April 11, 2025**

UNITED STATES DISTRICT JUDGE