UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>RAUL MORALES, Acting Warden of the California Substance Abuse Treatment Facility,<br><br>Respondent. | Case No. 1:19-cv-01523-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Respondent moves to extend the deadline for filing his answer to the 28 U.S.C. § 2254 petition for writ of habeas corpus from October 20, 2025, to December 19, 2025. Respondent contends that this extension of time is necessary to allow for internal review of the draft answer and to lodge documents from Petitioner's second state habeas proceeding and due to counsel's obligations in other matters. Respondent represents that Petitioner's counsel does not oppose the request.

The Court is satisfied that notwithstanding moving counsel's reasonable diligence, the current deadline cannot be met. Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *City of Lincoln v. Cnty. of Placer*, 668 F. Supp. 3d. 1079, 1091 (E.D. Cal. 2023) (the "good cause" requirement focuses primarily on the party's diligence and its reasons for not acting sooner). Thus, the Court **ORDERS**:

1. Respondent's request for an extension of time to file his answer is **GRANTED**.

1

Respondent **SHALL** file a response **no later than December 19, 2025**.

    2.    Petitioner **SHALL** file his reply **no later than six months** after the filing of the answer.

    The Court does not anticipate that it will grant Respondent a further extension of time to file the answer.

IT IS SO ORDERED.

Dated:   **October 21, 2025**

                                               UNITED STATES DISTRICT JUDGE